```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,            : | |
| : | |
| PLAINTIFF,        : | |
| : | |
| v.             : | CIVIL ACTION NO. 2:03cv1076-MHT |
| : | (WO) |
| ONE PARCEL OF PROPERTY              : | |
| LOCATED AT 2431 TANGLEWOOD          : | |
| DRIVE, MILLBROOK, ELMORE            : | |
| COUNTY, ALABAMA, WITH ALL           : | |
| APPURTENANCES AND                   : | |
| IMPROVEMENTS THEREON,               : | |
| : | |
| DEFENDANT.       : | |

<u>FINAL DECREE AND JUDGMENT OF FORFEITURE</u>

On October 29, 2003, a Verified Complaint for Forfeiture <u>In Rem</u> against the Defendant property located at 2431 Tanglewood Drive, Millbrook, Elmore County, Alabama, with all appurtenances and attachments thereon (hereinafter, "Defendant property"), was filed on behalf of the United States of America. The Complaint alleges that the Defendant property was used or intended to be used to in any manner or part, to commit, or to facilitate the commission of a violation of Title 21, United States Code, Section 841 <u>et</u> <u>seq</u>.; and, therefore, it is subject to forfeiture to the United States in accordance with Title 21, United States Code, Section 881(a)(7).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to an Order of Notice <u>In</u> <u>Rem</u> issued by this Court, the United States Marshals Service for the Middle District

of Alabama posted a copy of the Notice of Complaint of Forfeiture and Summons on the Defendant property on November 1, 2005;

That notice of this action was published in the <u>Montgomery Advertiser</u> newspaper on November 11, 18 and 25, 2005;

That on November 1, 2005, John D. Tierce was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In Rem</u> and Notice of Complaint of Forfeiture <u>In Rem</u>;

That on January 20, 2006, Brenda Fitts, Loan Coordinator, accepted service on behalf of Aliant Mortgage Company, and was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In Rem</u> and Notice of Complaint of Forfeiture <u>In Rem</u>;

That on January 20, 2006, Linda Williams, Office Manager, Zarzaur & Schwartz, accepted service on behalf of Wendy A. Johnston, Esquire, and was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In Rem</u> and Notice of Complaint of Forfeiture <u>In Rem</u>;

That on January 25, 2006, Ruth Ruhl, Esquire was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In Rem</u> and Notice of Complaint of Forfeiture <u>In Rem</u>;

That on February 6, 2006, Kori Peacock, Human Resources Recruiter, accepted service on behalf of SunTrust Mortgage, Inc.,

and was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and Notice of Complaint of Forfeiture <u>In</u> <u>Rem</u>;

That on April 14, 2006, Default was entered against John D. Tierce, Aliant Mortgage Corporation, SunTrust Mortgage, Inc. and all others persons and entities having an interest in the Defendant property for failure to plead or otherwise defend as required by law;

That on April 26, 2006, SunTrust Mortgage, Inc. filed its Notice of Claim to the Complaint;

That on April 28, 2006, the United States filed a Motion to Strike the Notice of Claim filed by SunTrust Mortgage, Inc.;

That on May 1, 2006, SunTrust Mortgage, Inc. filed a Motion to Set Aside Entry of Default;

That on May 4, 2006, the Court ordered that the motion to strike and motion to set aside entry of default be set for submission on May 12, 2006, with all briefs being due by said date;

That on May 10, 2006, the United States filed its response in accordance with this Court's order;

That on May 17, 2006, an Order was issued granting the United States' motion to strike and granting the motion to enlarge time;

That on May 18, 2006, SunTrust Mortgage, Inc. filed its Statement/Notice of Claim and Answer to the Complaint;

That on November 1, 2006, the United States and Claimant SunTrust Mortgage, Inc. entered into a Stipulation for Compromise Settlement in which Claimant SunTrust Mortgage, Inc. consented to the entry of a Decree of Forfeiture and the United States agreed to pay all outstanding loan agreements from the proceeds of sale of the Defendant property; and,

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States of America for a Decree of Forfeiture (doc. no. 29), and for good cause otherwise shown, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the motion is granted and the Defendant property located at 2431 Tanglewood Drive, Millbrook, Elmore County, Alabama, with all appurtenances and improvements thereon, be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The Defendant property is more particularly described as follows:

> Commence at an iron pin at the NW corner of the NE 1/4 of the SW 1/4 of Section 8, T. 17N., R. 17E., Elmore County, Alabama; thence South 89° 24' 57" East along half section line for 124.42 feet to an iron pin; thence South 25° 54' 03" East for 724.82 feet to an iron pin on the east margin of Tanglewood Drive gravel; thence South 59° 55' 23" West 51.21 feet to a point on the west margin of Tanglewood Drive, said point being the point of beginning; thence South 30° 04' 37" East along the west margin of Tanglewood Drive 126.64 feet to an iron pin on the north right of way of County Road No. 23, Edgewood Road, 80' ROW; thence North 83° 32' 28" West along said right of way 306.39 feet to an iron pin on the east right of way of I-85, denied access, ROW varies; thence North

      41° 04' 13" West along said right of way 51.18 feet to an iron pin; thence leaving said right of way North 65° 42' 19" East 283.08 feet to an iron pin on the west margin of Tanglewood Drive; thence South 24° 54; 03" East along west margin of Tanglewood Drive, 79.71 feet to the point of beginning.  The above-described property lies in the NE 1/4 of the SW 1/4 of Section 8, T. 17 N., R. 17E., Elmore County, Alabama, and contains 0.73 acres, more or less.

    The United States Marshal is hereby ORDERED to seize the above described property and take custody and control of it.  All persons occupying said property shall be given sixty (60) days to vacate along with all personal property and possessions.  The United States Marshal is expressly authorized to evict any person not vacating said property within the time specified by the United States Marshal.  In the exercise of discretion, the United States Marshal is authorized to allow persons to remain in the above described property after seizure when such continued occupancy is warranted.

    The defendant property shall be disposed of according to law.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    DONE this the 15th day of November, 2006.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE